Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

TENDERED FOR FILING

MAR 15 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

18-2853

_____ Division

SECT. B MAG. 5

Angel A. Gonzalez Guzman
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)
-v-

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Angel A. Gonzalez Guzman
Street Address  1710 Claire Ave Apt #5
City and County Gretna
State and Zip Code Louisiana 70053
Telephone Number (504) 344 5088
E-mail Address  Angelotiger1140@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

TENDERED FOR FILING

MAR 15 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Defendant No. 1

    Name: UBER CO. DRIVER
    Job or Title *(if known)*:
    Street Address: 2520 BAYOU Rd GREEN fight
    City and County: NEW ORLEANS
    State and Zip Code: LOUISIANA
    Telephone Number: (1817-756-7795) 1805-516-0493
    E-mail Address *(if known)*:

Defendant No. 2

    Name: NEW ORLEANS city
    Job or Title *(if known)*:
    Street Address:
    City and County: NEW ORLEANS
    State and Zip Code: LOUISIANA
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 3

    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Defendant No. 4

    Name:
    Job or Title *(if known)*:
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address *(if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | UBER DRIVER |
| Street Address | 2520 BAYOU Rd GREEN LIGHT |
| City and County | NEW ORLEANS |
| State and Zip Code | LOUISIANA |
| Telephone Number | |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

☑ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

TENDERED FOR FILING

MAR 15 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Wed 28 Feb. 2018.

Angel A. Gonzalez
1710 Claire Ave Apt #5.
Gretna LA 70053

Statement of the case, basic on the fact. Motion to individual lawsuit.
Records. of the begin

January 1, 2018
Start work. for Uber.

— January 29, 2018
Car accident (the one never happen).
Take drug test.
— January 30, 2018.
Back to working
— Feb 2, 2018
They say my rating getting (low).
— Feb 3, 2018
They cut me, and made me to take a test (https//w.w.w 7x7 experience/virtual).
I past the test
Feb 7, 2018
I try to go back nothing no

THE ONLY REASON WHY THEY SEPARATED OUT MY JOB WAS MY CRIMINAL RECORDS. (DISCRIMINATION OF MY CONDITION OF EXCONVICT, VIOLATE MY OPPORTUNITY OF EQUAL EMPLOYMENT, INTO THE CONSTITUTION OF UNITED STATES — JAIL. EXPRISONER — PROTECT INTO THE RIGHT OPPORTUNITY — THE RIGHT TO HAVE A JOB; — THE RIGHT TO BE TRETMENT WITH RESPECT; SHALL NOT BE VIOLATE MY RIGHT).

"ALL PERSON BORN OR NATURALIZED IN THE UNITED STATES AND SUBJECT TO THE JURISDICTION THEREOF, ARE LIVING OF THE STATE OF LOUISIANA WHEREIN HE RESIDE, HAVE RIGHT TO BE TRETMENT WITH RESPECT, SINCE DON'T BREAK THE LAW."

UBER PEOPLES AND THE CITY OF NEW ORLEANS CARREY. WITH THE BLAMING OF SUCH ACTION; SHAMEFUL BECAUSE THEY CALL THEY SELF. SANTUARIO CITY THE ONE HELP THE INIAGAL PEOPLES — BE SO DOUBLE CROSS.
PEOPLES. THE ONES CAN NOT BE ELIGIBLE FOR "DRIVER LICENSE" NO SS#

WHE I provide with OBJECTIVE EVIDENCE; I MUST SHOW THAT THE CITY OF NEW ORLEANS AND UBER COMPANY ARE SUING ACTED WITH DELIBERATE INDIFFERENCE (DISCRIMINATION TO MY RIGHT TO EQUAL OPPORTUNITY OF EMPLOYMENT).

I AM LOSS EVERITHING, IM ON big problems NO MONEY, OWE MONEY TO THE BANK, THE CAR DEALER, MY INSURENCE, FAIL ON THE BOND. VERY SOON ONLY ONE CHOICE — LIVING UNDER THE BRIDGE.

ANYTHING YOURS HAVE ANY QUESTION YOUR CAN CONTACT ON MY PHONE 504 344 5038.

Respectfully.

Angel A. Gonzalez Guzman.

Today. 28 Feb 2018.

MARCH 12, 2018

CLARIFY; EXPLAIN WHY, MY LAWSUIT WAS SEND TO THE COURT OF APPEAL; IS VERY WRONG; BECAUSE THIS A NEW LAWSUIT.

CONCERN OF MY CONSTITUTIONAL RIGHT TO BE A DECENT CITIZEN WORK.

THIS LAWSUIT DON'T HAS TO BE NOTHING WITH OTHER LAWSUIT

THIS HAPPEN IN 2018

TENDERED FOR FILING

MAR 15 2018
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

I do APPRECIATE THIS LAWSUIT TAKE THE RIGHT AND APPROPRIATE CHANNEL

Angelo A. Gonzalez Garcia
1710 CLAIRE AVE pt # 5.
GRETNA LA 70053

TENDERED FOR FILING
MAR 15 2018
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

MARCH 13, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA.

<u>Civil Action</u>

My due process rights regarding to suit. UBER. cop. and the City of NEW ORLEANS.

The Due Process Clause, from the First to the Fourteenth Amendment; prohibit a company (UBER) as well the (City of New Orleans.) depriving *any person of life liberty or property*.
Many time the Court read certain lawsuit interpretation no based on the neutral grown.

I AM. who appear in this Lawsuit in proper person are required a lawsuit follow in this Federal Court: Federal Rules of Civil Procedure. is my responsibility to draft and submit such lawsuit and papers in compliance with the rules. which I feel are necessary to prosecute this lawsuit

THE CLERK'S OFFICE IS UNABLE TO PROVIDE LEGAL ADVICE TO ME AND HOW TO PROCCED THIS LAWSUIT.

All papers are to be failed with the Clerk's of Court, the merit of my lawsuit can only be determined by the Judge to whom my case is assigned. And why my case was send to the Fifth Circuit Court of Appeal*

Some peoples play con game, I hope this time take little more serious my REQUEST.

NOTE_ I HAVE THE NOTIFICATION MARCH 2, 2018 FROM UNITED STATES COURT OF APPEAL. SIGN FOR. MONICA R. WASHINGTON.

Today MARCH 13, 2018
Angelo A. Gonzalez Guzman

TENDERED FOR FILING

MAR 15 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

# COMISIÓN PARA LA IGUALDAD DE OPORTUNIDADES EN EL EMPLEO

## EEOC CUESTIONARIO DE PRE-CONSULTA

Sólo Para Uso Oficial - Número de Consulta: 846-

Gracias por comunicarse con la Comisión para la Igualdad de Oportunidades en el Empleo ("EEOC"). La información que usted proporcione en este EEOC Cuestionario de Pre-Consulta (Forma 290A) ("Cuestionario") nos ayudará para asistirle y determinar si su situación está cubierta por las leyes de discriminación en el empleo que hacemos cumplir. Conteste **todas** las preguntas completamente y brevemente. Por favor, asegúrese de que sus respuestas sean fáciles de leer.

Después de completar este Cuestionario, **devuélvalo inmediatamente** a la oficina de la EEOC identificada en "La Carta de Presentación" de este Cuestionario, o al personal de recepción si usted está completando este Cuestionario en una oficina de la EEOC.

**Tenga en cuenta que este Cuestionario no es una Queja/Querella de Discriminación.**

Este Cuestionario **no** es para el uso de solicitantes de empleos federales o empleados del gobierno de los Estados Unidos. Para obtener información acerca de los reclamos de discriminación en el empleo federal, consulte http://www.eeoc.gov/federal/fed_employees/complaint_overview.cfm.

**Información Personal**

Nombre: ANGEL  Inicial del segundo nombre: A  Apellido: GONZALEZ
Número de casa: 1710 CLAIRE  Número de Celular: 504 344-5038
Correo electrónico: ANGELOTIGER1140@GMAIL.COM
Dirección: 1710 CLAIRE AVE  Apto. o Unidad: 5
Ciudad: GRETNA  Condado: JEFFERSON  Estado: LA  Código Postal: 70053
¿Cuál es la mejor manera de comunicarnos con usted? DAY OR NIGHT
¿Cuáles son los mejores días y horarios para comunicarse con usted? EVERY DAY
¿Necesita ayuda con un idioma? Sí ☐ No ☒ Si es así, ¿qué necesita? I DO SPEAK BOTHS
Fecha de Nacimiento: 5-31-1980  Sexo: Hombre ☒ Mujer ☐

Información general acerca de usted que nos permitirá servir mejor a todos los individuos:

i. ¿Es usted Hispano o Latino? Sí ☒ No ☐

ii. ¿Cuál es su Raza? Por favor marque todas las casillas que apliquen:

Indio Americano o Nativo de Alaska ☐  Asiático ☐  Negro o Afro-Americano ☐

Nativo de Hawái u Otro Isleño del Pacífico ☐  Blanco ☒

iii. ¿Cuál es su Origen Nacional? CUBAN-AMERICAN

**¿A quién podemos contactar si no podemos comunicarnos con usted?**

Nombre: _____ Parentesco o relación: _____
Dirección: _____ Ciudad: _____ Estado: _____ Código Postal: _____
Número de casa: (___) _____ Número de Celular (___) _____
Correo electrónico: _____

**ESTE CUESTIONARIO NO ES UNA QUEJA/QUERELLA DE DISCRIMINACIÓN**

| | |
|---|---|
| ¿Quién cree usted que lo/la ha discriminado? | Empleador ☒   Unión/Sindicato ☐   Agencia de Empleo ☐   Otra Agencia/Organización ☐<br>Nombre del empleador/organización: _UBER DRIVER TAXI- AND NEW ORLEANS PARCS_<br>Dirección: _BAYOU ROAD (GREE LIGHTHOUSE)_ Suite: ____<br>Ciudad: _NEW ORLEANS_ Condado: _NEW ORLEANS_ Estado: _LA_ Código Postal: ____<br>Nombre del Director/a de Recursos Humanos o Dueño: ____<br>Correo electrónico: _HTTP://T UBER.COM/NOW-EDS_ Número de teléfono del empleador/organización: _(817) 756-7795_<br>¿Cuántos empleados (puede estimar) tiene el empleador/organización en todas sus localidades?<br>Por favor, marque uno: Menos de 15 ☐   15-100 ☐   101-200 ☒   201-500 ☐   Más de 500 ☐<br>Lugar de trabajo actual (dirección) donde usted trabaja/jó o donde solicitó empleo (si es diferente a la dirección de la organización):<br>Dirección: _THE SAME ADDRESS_ Suite: ____<br>Ciudad: _NEW ORLEANS_ Condado: ____ Estado: _LA_ Código Postal: ____ |
| ¿Por qué cree que ha sido discriminado/a? | Yo creo que fui discriminado/a por:<br>☐ Raza - Su raza: ____<br>☐ Color - Su color: ____<br>☐ Religión - Su religión: ____<br>☐ Sexo (incluyendo embarazo, identidad de género, u orientación sexual)<br>☐ Origen nacional - Su origen nacional: ____<br>☐ Edad (40 o más) – Su edad cuando occurió el acto discriminatorio: ____<br>☐ Incapacidad/Discapacidad – Marque todos los que apliquen para esta consulta:<br>    ☐ Tengo una incapacidad/discapacidad.<br>    ☐ Tuve una incapacidad/discapacidad en el pasado.<br>    ☐ No tengo una incapacidad/discapacidad pero soy tratado/a como si tuviera una incapacidad/discapacidad.<br>    ☐ Estoy cercamente relacionado/a o asociado/a con una persona que tiene una incapacidad/discapacidad.<br>La incapacidad/discapacidad involucrada es: ____<br>¿El empleador sabe de su incapacidad/discapacidad?   Sí ☐   No ☐<br>En caso afirmativo, ¿cómo? ____<br>☐ Información genética, mi historial médico familiar, o mi participación en servicios genéticos como asesoramiento, educación o exámenes o pruebas genéticas<br>☐ Represalia – Marque todos los que apliquen para esta consulta:<br>    ☐ Yo presenté una queja/querella de discriminación en el empleo de cualquiera de las anteriores.<br>    ☐ Contacté a una agencia del gobierno para quejarme de discriminación en el empleo.<br>    ☐ Me quejé con mi empleador sobre discriminación en el empleo.<br>    ☐ Yo le ayudé o fui testigo/a en una queja de discriminación en el empleo de alguien más.<br>    ☐ Pedí una modificación/acomodo para una incapacidad/discapacidad o religión.<br>☐ Ninguna de las anteriores – Su razón para esta consulta: ____ |

**ESTE CUESTIONARIO NO ES UNA QUEJA/QUERELLA DE DISCRIMINACIÓN**

| ¿Qué le pasó que usted piensa fue discriminación y cuándo ocurrió? | POR EJEMPLO: Se me negó una modificación/acomodo necesario para ejercer mi trabajo; Me descansaron/despidieron debido a mi embarazo; Me descansaron/despidieron debido a mi edad. Incluya la fecha cuando occurió la acción.<br><br>Fecha: _____ Acción: _____<br><br>Fecha: _____ Acción: _____<br><br>Nombre(s) de la Persona(s) Responsable: _____ |
|---|---|
| ¿Qué razón(es) le dieron por la acción laboral? | Rázon(es): MY RECORD CRIMINAL AFTER ONE MONTH WORKING FOR UBER<br><br>¿Quién le ofreció esta explicación? _____ Título de Trabajo de la Persona: _____ |
| ¿Cuál es su trabajo, cuál fue su trabajo, o el trabajo que solicitó? | Fecha de Contratación: 1/1/18 Título de Trabajo Cuando Empezó: DRIVER<br>Sueldo Anual Cuando Empezó: _____ Ultimo o Actual Sueldo Anual: _____<br>Título de Trabajo en el Tiempo de la Presunta Discriminación: HTS 3ALES<br>Fecha que su Empleo Terminó: 2/7/18 Marque Uno: Renuncio ☐ Despedido/a ☑<br>Nombre y título de su Supervisor Inmediato: I DON'T KNOW<br>Solicitantes de Empleo - ¿Cuál era el título del trabajo que solicitó? DRIVER FOR UBER<br>Fecha que solicitó empleo: 12/20/17 Fecha en que se enteró que no fue contratado/a: 2/7/18 |
|  | Describa si otra persona se encontraba en la misma situación o una situación similar a la suya y si fue tratada igual, mejor, o peor que usted. POR EJEMPLO: ¿Quién solicitó el mismo empleo que usted? ¿Quién tiene el mismo registro de asistencia, o quién tiene el mismo rendimiento laboral? |
| ¿Quién fue tratado/a MEJOR que usted? | 1. Nombre: _____ Título de Trabajo: _____<br>Correo electrónico: _____<br>Marque como la persona es diferente de usted:<br>Raza ☐ Color ☐ Religión ☐ Sexo ☐ Origen Nacional ☐ Edad ☐ Incapacidad/Disacapacidad ☐<br>¿Cómo fue tratado/a mejor?: I don't know Fecha: _____<br>2. Nombre: _____ Título de Trabajo: _____<br>Correo electrónico: _____<br>Marque como la persona es diferente de usted:<br>Raza ☐ Color ☐ Religión ☐ Sexo ☐ Origen Nacional ☐ Edad ☐ Incapacidad/Disacapacidad ☐<br>¿Cómo fue tratado/a mejor?: _____ Fecha: _____ |
| ¿Quién fue tratado/a PEOR que usted? | Nombre: _____ Título de Trabajo: _____<br>Correo electrónico: _____ Marque como la persona es diferente de usted:<br>Raza ☐ Color ☐ Religión ☐ Sexo ☐ Origen Nacional ☐ Edad ☐ Incapacidad/Disacapacidad ☐<br>¿Cómo fue tratado/a peor?: _____ Fecha: _____ |

**ESTE CUESTIONARIO NO ES UNA QUEJA/QUERELLA DE DISCRIMINACIÓN**

| ¿Quién fue tratado/a IGUAL que usted? | Nombre: _NO SE_      Título de Trabajo: _____<br>Correo electrónico: _____ Marque como la persona es diferente de usted:<br>Raza ☐   Color ☐   Religión ☐   Sexo ☐   Origen Nacional ☐   Edad ☐   Incapacidad/Disacapacidad ☐<br>¿Cómo fue tratado/a igual?: _____ Fecha: _____ |
|---|---|
| ¿Hay testigos a las acciones laborales tomadas en su contra? Si los hay, por favor provee su información de contacto y lo que nos dirán. | 1. Nombre: _____ Título de Trabajo: _____<br>Correo electrónico: _____ Número de Teléfono: (___) _____<br>¿Qué van a decirnos? _____<br><br>2. Nombre: _____ Título de Trabajo: _____<br>Correo electrónico: _____ Número de Teléfono: (___) _____<br>¿Qué van a decirnos? _____ |
| ¿Ha presentado una queja/querella de discriminación sobre este asunto con la EEOC? | Sí ☑      No ☐<br>En caso afirmativo: Fecha que presentó su queja/querella: _2/13/18_<br>Número de Queja/Querella: _10002147_<br>_SI USTEDES GUARDAN UN RECORD DE LLAMADAS, PUEDEN AVERIGUAR FACIL_ |
| ¿Ha presentado una queja/querella sobre este asunto con otra agencia? | Sí ☐      No ☑<br>En caso afirmativo: Nombre de la Agencia: _____<br>Fecha que presentó su queja/querella: _____ Número de Queja/Querella: _____ |
| ¿Tiene alguien que lo/a represente en este asunto? | Sí ☐      No ☑    En caso afirmativo: Abogado ☐   Unión/Sindicato ☐   Otro ☐<br>Nombre: _I DON'T HAVE YET BUT I WILL LOOK._   Fecha de Contacto: _____<br>Correo electrónico: _____ Número de teléfono: (___) _____ |
| Acta de Privacidad | Esta forma está cubierta por la Ley de Privacidad de 1974: Ley Pública 93-579. Autoridad para la solicitud de los datos personales y el uso de los mismos es la siguiente: 1) EEOC Cuestionario de Pre-Consulta Forma 290A, EMITIDO noviembre de 2017. 2) AUTORIDAD. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. §12117(a). 3) PROPÓSITO PRINCIPAL. El propósito de esta forma es para solicitar información sobre reclamos de discriminación en el empleo, determinar si la EEOC tiene jurisdicción sobre esas afirmaciones, y proporcionar asesoramiento sobre la presentación de una queja/querella de discriminación, según sea apropiado. 4) USOS RUTINARIOS. La EEOC puede revelar información de esta forma a otras agencias estatales, locales y federales según sea apropiado o necesario para llevar a cabo las funciones de la Comisión, o si la EEOC se da cuenta de una violación de leyes civiles o penales. La EEOC también puede compartir información con los demandados durante la disputa legal, con las oficinas del Congreso en respuesta a consultas de las partes involucradas en la queja/querella, a los comités disciplinarios investigando quejas contra abogados que representan a las partes involucradas en la queja/querella, o a las agencias federales informándose sobre contrataciones laborales o asuntos para verificar acreditación de seguridad. 5) SI LA DIVULGACIÓN ES OBLIGATORIA O VOLUNTARIA Y QUE EFECTO TENDRÍA SOBRE LA PERSONA POR NO PROPORCIONAR LA INFORMACIÓN. Proporcionar esta información es voluntario, pero no hacerlo puede dificultar el asesoramiento de la Comisión sobre su situación. No es obligatorio que esta forma sea utilizada para proporcionar la información solicitada. EEOC Cuestionario de Pre-Consulta Forma 290A, emitido noviembre de 2017. |

Tenga en cuenta: Usted debe presentar una queja/querella de discriminación en el empleo dentro de 180 días a partir del día que sabía acerca de la discriminación, o dentro de 300 días a partir del día que sabía acerca de la discriminación si el empleador se encuentra en un lugar donde una agencia del gobierno estatal o local hace cumplir leyes similares a las leyes de la EEOC. Si usted desea presentar una queja/querella de discriminación de inmediato, debe comunicarse con la oficina de la EEOC identificada en "La Carta de Presentación". Le recomendamos que retenga/guarde una copia de este Cuestionario completado y "La Carta de Presentación" para sus archivos.

**ESTE CUESTIONARIO NO ES UNA QUEJA/QUERELLA DE DISCRIMINACIÓN**

TENDERED FOR FILING

MAR 15 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Case 2:18-cv-02853-ILRL-MBN   Document 1   Filed 03/15/18   Page 14 of 20

# COMISIÓN PARA LA IGUALDAD DE OPORTUNIDADES EN EL EMPLEO

## EEOC CUESTIONARIO DE PRE-CONSULTA

Sólo Para Uso Oficial - Número de Consulta: 846-

Gracias por comunicarse con la Comisión para la Igualdad de Oportunidades en el Empleo ("EEOC"). La información que usted proporcione en este EEOC Cuestionario de Pre-Consulta (Forma 290A) ("Cuestionario") nos ayudará para asistirle y determinar si su situación está cubierta por las leyes de discriminación en el empleo que hacemos cumplir. Conteste **todas** las preguntas completamente y brevemente. Por favor, asegúrese de que sus respuestas sean fáciles de leer.

Después de completar este Cuestionario, **devuélvalo inmediatamente** a la oficina de la EEOC identificada en "La Carta de Presentación" de este Cuestionario, o al personal de recepción si usted está completando este Cuestionario en una oficina de la EEOC.

**Tenga en cuenta que este Cuestionario no es una Queja/Querella de Discriminación.**

Este Cuestionario **no** es para el uso de solicitantes de empleos federales o empleados del gobierno de los Estados Unidos. Para obtener información acerca de los reclamos de discriminación en el empleo federal, consulte http://www.eeoc.gov/federal/fed_employees/complaint_overview.cfm.

| | |
|---|---|
| **Información Personal** | Nombre: ANGEL    Inicial del segundo nombre: A    Apellido: GONZALEZ<br>Número de casa: 1710 CLAIRE    Número de Celular: 504 344-5088<br>Correo electrónico: ANGELTIGER1140@GMAIL.COM<br>Dirección: 1710 CLAIRE AVE    Apto. o Unidad: 5<br>Ciudad: GRETNA    Condado: JEFFERSON    Estado: LA    Código Postal: 70053<br>¿Cuál es la mejor manera de comunicarnos con usted? DAY OR NIGHT<br>¿Cuáles son los mejores días y horarios para comunicarse con usted? EVERY DAY<br>¿Necesita ayuda con un idioma? Sí ☐ No ☒ Si es así, ¿qué necesita? I DO SPEAK BOTHS<br>Fecha de Nacimiento: 5-31-1980    Sexo: Hombre ☒ Mujer ☐<br>Información general acerca de usted que nos permitirá servir mejor a todos los individuos:<br>i. ¿Es usted Hispano o Latino? Sí ☒ No ☐<br>ii. ¿Cuál es su Raza? Por favor marque todas las casillas que apliquen:<br>Indio Americano o Nativo de Alaska ☐    Asiático ☐    Negro o Afro-Americano ☐<br>Nativo de Hawái u Otro Isleño del Pacífico ☐    Blanco ☒<br>iii. ¿Cuál es su Origen Nacional? CUBAN-AMERICAN |
| **¿A quién podemos contactar si no podemos comunicarnos con usted?** | Nombre: _____    Parentesco o relación: _____<br>Dirección: _____    Ciudad: _____    Estado: _____    Código Postal: _____<br>Número de casa: (___)_____    Número de Celular (___)_____<br>Correo electrónico: _____ |

**ESTE CUESTIONARIO NO ES UNA QUEJA/QUERELLA DE DISCRIMINACIÓN**

| ¿Quién cree usted que lo/la ha discriminado? | Empleador ☒   Unión/Sindicato ☐   Agencia de Empleo ☐   Otra Agencia/Organización ☐<br>Nombre del empleador/organización: _UBER DRIVER TAXI- AND NEW ORLEANS_<br>Dirección: _BAYOU ROAD (GREE LIGHTHOUSE )_ Suite: _PARCS_<br>Ciudad: _NEW ORLEANS_ Condado: _NEW ORLEANS_ Estado: _LA_ Código Postal: _____<br>Nombre del Director/a de Recursos Humanos o Dueño: _____<br>Correo electrónico: _http://UBER_ Número de teléfono del empleador/organización: _(817) 756-7795_<br>.CONTROL-EDS<br>¿Cuántos empleados (puede estimar) tiene el empleador/organización en todas sus localidades?<br>Por favor, marque uno:  Menos de 15 ☐   15-100 ☐   101-200 ☒   201-500 ☐   Más de 500 ☐<br>Lugar de trabajo actual (dirección) donde usted trabaja/jó o donde solicitó empleo (si es diferente a la dirección de la organización):<br>Dirección: _THE SAME ADDRESS_ Suite: _____<br>Ciudad: _NEW ORLEANS_ Condado: _____ Estado: _LA_ Código Postal: _____ |
|---|---|
| ¿Por qué cree que ha sido discriminado/a? | Yo creo que fui discriminado/a por:<br><br>☐ Raza - Su raza: _____<br><br>☐ Color - Su color: _____<br><br>☐ Religión - Su religión: _____<br><br>☐ Sexo (incluyendo embarazo, identidad de género, u orientación sexual)<br><br>☐ Origen nacional - Su origen nacional: _____<br><br>☐ Edad (40 o más) – Su edad cuando occurió el acto discriminatorio: _____<br><br>☐ Incapacidad/Discapacidad – Marque todos los que apliquen para esta consulta:<br>    ☐ Tengo una incapacidad/discapacidad.<br>    ☐ Tuve una incapacidad/discapacidad en el pasado.<br>    ☐ No tengo una incapacidad/discapacidad pero soy tratado/a como si tuviera una incapacidad/discapacidad.<br>    ☐ Estoy cercamente relacionado/a o asociado/a con una persona que tiene una incapacidad/discapacidad.<br><br>La incapacidad/discapacidad involucrada es: _____<br><br>¿El empleador sabe de su incapacidad/discapacidad?   Sí ☐   No ☐<br><br>En caso afirmativo, ¿cómo? _____<br><br>☐ Información genética, mi historial médico familiar, o mi participación en servicios genéticos como asesoramiento, educación o exámenes o pruebas genéticas<br><br>☐ Represalia – Marque todos los que apliquen para esta consulta:<br>    ☐ Yo presenté una queja/querella de discriminación en el empleo de cualquiera de las anteriores.<br>    ☐ Contacté a una agencia del gobierno para quejarme de discriminación en el empleo.<br>    ☐ Me quejé con mi empleador sobre discriminación en el empleo.<br>    ☐ Yo le ayudé o fui testigo/a en una queja de discriminación en el empleo de alguien más.<br>    ☐ Pedí una modificación/acomodo para una incapacidad/discapacidad o religión.<br><br>☐ Ninguna de las anteriores – Su razón para esta consulta: _____ |

**ESTE CUESTIONARIO NO ES UNA QUEJA/QUERELLA DE DISCRIMINACIÓN**

| ¿Quién fue tratado/a IGUAL que usted? | Nombre: __NO SE_____ Título de Trabajo: _____<br>Correo electrónico: _____ Marque como la persona es diferente de usted:<br>Raza ☐   Color ☐   Religión ☐   Sexo ☐   Origen Nacional ☐   Edad ☐   Incapacidad/Disacapacidad ☐<br>¿Cómo fue tratado/a igual?: _____ Fecha: _____ |
|---|---|
| ¿Hay testigos a las acciones laborales tomadas en su contra? Si los hay, por favor provee su información de contacto y lo que nos dirán. | 1. Nombre: _____ Título de Trabajo: _____<br>Correo electrónico: _____ Número de Teléfono: (___) _____<br>¿Qué van a decirnos? _____<br><br>2. Nombre: _____ Título de Trabajo: _____<br>Correo electrónico: _____ Número de Teléfono: (___) _____<br>¿Qué van a decirnos? _____ |
| ¿Ha presentado una queja/querella de discriminación sobre este asunto con la EEOC? | Sí ☒     No ☐<br>En caso afirmativo: Fecha que presentó su queja/querella: __2/13/18__<br>Número de Queja/Querella: __10002147.__<br>SI USTEDES GUARDAN UN RECORD DE LLAMADAS, PUEDEN AVERIGUAR FACIL |
| ¿Ha presentado una queja/querella sobre este asunto con otra agencia? | Sí ☐     No ☒<br>En caso afirmativo: Nombre de la Agencia: _____<br>Fecha que presentó su queja/querella: _____ Número de Queja/Querella: _____ |
| ¿Tiene alguien que lo/a represente en este asunto? | Sí ☐     No ☒   En caso afirmativo:   Abogado ☐    Unión/Sindicato ☐    Otro ☐<br>Nombre: __I DON'T HAVE YET BUT I WILL LOOK.__ Fecha de Contacto: _____<br>Correo electrónico: _____ Número de teléfono: (___) _____ |
| Acta de Privacidad | Esta forma está cubierta por la Ley de Privacidad de 1974: Ley Pública 93-579. Autoridad para la solicitud de los datos personales y el uso de los mismos es la siguiente: 1) EEOC Cuestionario de Pre-Consulta Forma 290A, EMITIDO noviembre de 2017. 2) AUTORIDAD. 42 U.S.C. § 2000e-5(b), 29 U.S.C. § 211, 29 U.S.C. § 626. 42 U.S.C. §12117(a). 3) PROPÓSITO PRINCIPAL. El propósito de esta forma es para solicitar información sobre reclamos de discriminación en el empleo, determinar si la EEOC tiene jurisdicción sobre esas afirmaciones, y proporcionar asesoramiento sobre la presentación de una queja/querella de discriminación, según sea apropiado. 4) USOS RUTINARIOS. La EEOC puede revelar información de esta forma a otras agencias estatales, locales y federales según sea apropiado o necesario para llevar a cabo las funciones de la Comisión, o si la EEOC se da cuenta de una violación de leyes civiles o penales. La EEOC también puede compartir información con los demandados durante la disputa legal, con las oficinas del Congreso en respuesta a consultas de las partes involucradas en la queja/querella, a los comités disciplinarios investigando quejas contra abogados que representan a las partes involucradas en la queja/querella, o a las agencias federales informándose sobre contrataciones laborales o asuntos para verificar acreditación de seguridad. 5) SI LA DIVULGACIÓN ES OBLIGATORIA O VOLUNTARIA Y QUE EFECTO TENDRÍA SOBRE LA PERSONA POR NO PROPORCIONAR LA INFORMACIÓN. Proporcionar esta información es voluntario, pero no hacerlo puede dificultar el asesoramiento de la Comisión sobre su situación. No es obligatorio que esta forma sea utilizada para proporcionar la información solicitada. EEOC Cuestionario de Pre-Consulta Forma 290A, emitido noviembre de 2017. |

Tenga en cuenta: Usted debe presentar una queja/querella de discriminación en el empleo dentro de 180 días a partir del día que sabía acerca de la discriminación, o dentro de 300 días a partir del día que sabía acerca de la discriminación si el empleador se encuentra en un lugar donde una agencia del gobierno estatal o local hace cumplir leyes similares a las leyes de la EEOC. Si usted desea presentar una queja/querella de discriminación de inmediato, debe comunicarse con la oficina de la EEOC identificada en "La Carta de Presentación". Le recomendamos que retenga/guarde una copia de este Cuestionario completado y "La Carta de Presentación" para sus archivos.

**ESTE CUESTIONARIO NO ES UNA QUEJA/QUERELLA DE DISCRIMINACIÓN**

| ¿Qué le pasó que usted piensa fue discriminación y cuándo ocurrió? | POR EJEMPLO: Se me negó una modificación/acomodo necesario para ejercer mi trabajo; Me descansaron/despidieron debido a mi embarazo; Me descansaron/despidieron debido a mi edad. Incluya la fecha cuando occurió la acción.<br><br>Fecha: _____ Acción: _____<br>_____<br><br>Fecha: _____ Acción: _____<br>_____<br><br>Nombre(s) de la Persona(s) Responsable: _____ |
|---|---|
| ¿Qué razón(es) le dieron por la acción laboral? | Rázon(es): **MY RECORD CRIMINAL AFTER ONE MONTH WORKING FOR UBER**<br><br>¿Quién le ofreció esta explicación? _____ Título de Trabajo de la Persona: _____ |
| ¿Cuál es su trabajo, cuál fue su trabajo, o el trabajo que solicitó? | Fecha de Contratación: **1/1/18** Título de Trabajo Cuando Empezó: **DRIVER**<br>Sueldo Anual Cuando Empezó: _____ Ultimo o Actual Sueldo Anual: _____<br>Título de Trabajo en el Tiempo de la Presunta Discriminación: **his badge**<br>Fecha que su Empleo Terminó: **2/7/18** Marque Uno: Renuncio ☐ Despedido/a ☑<br>Nombre y título de su Supervisor Inmediato: **I DON'T KNOW**<br>Solicitantes de Empleo - ¿Cuál era el título del trabajo que solicitó? **DRIVER FOR UBER**<br>Fecha que solicitó empleo: **12/20/17** Fecha en que se enteró que no fue contratado/a: **2/7/18** |
|  | Describa si otra persona se encontraba en la misma situación o una situación similar a la suya y si fue tratada igual, mejor, o peor que usted. POR EJEMPLO: ¿Quién solicitó el mismo empleo que usted? ¿Quién tiene el mismo registro de asistencia, o quién tiene el mismo rendimiento laboral? |
| ¿Quién fue tratado/a MEJOR que usted? | 1. Nombre: _____ Título de Trabajo: _____<br>Correo electrónico: _____<br>Marque como la persona es diferente de usted:<br>Raza ☐  Color ☐  Religión ☐  Sexo ☐  Origen Nacional ☐  Edad ☐  Incapacidad/Disacapacidad ☐<br>¿Cómo fue tratado/a mejor?: **I don't know** Fecha: _____<br>2. Nombre: _____ Título de Trabajo: _____<br>Correo electrónico: _____<br>Marque como la persona es diferente de usted:<br>Raza ☐  Color ☐  Religión ☐  Sexo ☐  Origen Nacional ☐  Edad ☐  Incapacidad/Disacapacidad ☐<br>¿Cómo fue tratado/a mejor?: _____ Fecha: _____ |
| ¿Quién fue tratado/a PEOR que usted? | Nombre: _____ Título de Trabajo: _____<br>Correo electrónico: _____ Marque como la persona es diferente de usted:<br>Raza ☐  Color ☐  Religión ☐  Sexo ☐  Origen Nacional ☐  Edad ☐  Incapacidad/Disacapacidad ☐<br>¿Cómo fue tratado/a peor?: _____ Fecha: _____ |

**ESTE CUESTIONARIO NO ES UNA QUEJA/QUERELLA DE DISCRIMINACIÓN**

TENDERED FOR FILING

MAR 15 2018

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

*Angel A. Gonzalez*

**SAMPLE ONLY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YOUR NAME,
Plaintiff

CIVIL ACTION

-vs-

*Uber / City of New Orleans*

DEFENDANT(S) NAME(S),
Defendant(s)

No.

Section " "  Mag " "

## TITLE OF DOCUMENT

(TEXT OF YOUR DOCUMENT) *For Discrimination Lawsuit under the supervisory of the Eastern District Court*

Dated: *3/12/18*

*Angel A. Gonzalez*
(YOUR SIGNATURE IN **INK**)
Your Name Typed or Printed
Street Address
City, State, Zip code
Telephone Number

*1710 Claire Ave Apt #5*
*Gretna LA. 70053*

### Certificate of Service
I hereby certify that I have served a copy of this document on all counsel fo record either in person or by mailing it postage prepaid on this

_____ day of _____, 20_____

_____
Signature

**SAMPLE ONLY**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*Angela A. Gonzalez Guzman*
PLAINTIFF(S)

VERSUS

*JBER / New Orleans City*
DEFENDANT(S)

CIVIL ACTION

No. **18-2853**

SECTION: **SECT. B   MAG. 5**

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion *For Discrimination* is hereby set for submission before District Judge/Magistrate Judge _____ on _____ at _____ ___.m.

_____
(Signature)

*Angela A. Gonzalez Guzman*
(Name)

*1710 Claire Ave Apt #5*
(Address)

*Gretna   LA   70053*
(City)   (State)   (Zip)

*(504) 844-5038*
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this _____ day of _____, 20_____.

_____
(SIGNATURE)

Angelo A. Gonzalez Guzman
1710 Claire Ave Apt #5
Gretna LA. 70053

NEW ORLEANS LA 700
13 MAR 2018 PM 3 L

Angelo A. Gonzalez
1710 Claire Ave Apt #5
Gretna LA. 70053

Clerk's Office
United States District Court
Eastern District of Louisiana
500 Poydras street, Room C-151
New Orleans, Louisiana 70130

Pro-Se.

7015 3030 3857 0025



Angelo A. Gonzalez
1710 Claire Ave Apt #5
Gretna LA. 70053.

Clerk's Office
United States District Court
Eastern District of Louisiana
500 Poydras street, Room C-151
New Orleans, Louisiana 70130

7015 3030 3857 0025

