UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CALL DOCKET**                                                     **SECTION "B"**

The following cases were called on **Wednesday, October 24, 2018 at 9:00 a.m.**, before Judge Ivan L. R. Lemelle.

**18-2278**     **SYLVESTER L. EVANS, JR. V. TEXAS STATE**
Plaintiff did not appear for the call docket. Defendant the State of Texas is dismissed without prejudice for failure to prosecute.

**18-2853**     **GUZMAN V. UBER, ET AL.**
Plaintiff Angel A. Gonzalez Guzman made his appearance. For reasons stated in open court, the matter is Passed until December 10, 2018, to allow plaintiff to effect service on the defendants.

**JS10: 00:10**

**18-5041**     **HENDERSON FORD V. MIKE'S FOOD STORE**
Plaintiff Henderson Ford made his appearance. For reasons stated in open court, the matter is Passed until December 10, 2018, to allow plaintiff to search for and effect service on the registered agent for service of process for the defendant. If plaintiff discovers that the defendant has no registered agent, plaintiff shall provide proof of such in writing.

**JS10: 00:05**

**18-5362**     **MICHAEL D. CARRADINE V. BAYWATER DRILLING, LLC**
Plaintiff did not appear for the call docket. Defendant Baywater Drilling, LLC is dismissed without prejudice for failure to prosecute.

**18-5690**     **HENDERSON FORD V. FLORA COFFEE SHOP AND GALLERY**
Plaintiff Henderson Ford made his appearance. For reasons stated in open court, the matter is Passed until December 10, 2018, to allow plaintiff to effect proper service on the registered agent for service of process for the defendant.

**JS10: 00:05**

New Orleans, Louisiana, the 24th day of October, 2018

*[signature]*

SENIOR UNITED STATES DISTRICT JUDGE