# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

The following cases were called on **JULY 17, 2019, before JUDGE IVAN L. R. LEMELLE, 500 Poydras Street, New Orleans, Louisiana,** for plaintiff/counsel for plaintiff to show cause why the defendants noted should not be dismissed for failure to prosecute.   **IT IS ORDERED** that said cases be disposed of as indicated below:

**18-2853**   **ANGEL A. GONZALEZ GUZMAN VS. UBER, ET AL**
JS10: 0:02   The complaint was filed on March 26, 2018.
The case was called on October 29, 2018, and passed until December 10, 2018 to allow plaintiff time to serve the summons and complaint on the defendants (Rec. Doc. No. 13)
No returns of service or responsive pleadings have been filed as to defendants Uber and the City of New Orleans.
**CASE CALLED:   No appearance by the pro se plaintiff – ORDERED that this case is DISMISSED without prejudice for plaintiff's failure to prosecute.**

**18-10096**   **eHEALTHCARE SOLUTIONS, L.L.C., ETC. VS. e-HEALTHCARE SOLUTIONS, INC., ET AL**
The Complaint was filed on October 29, 2018.
The case was called on May 1, 2019, and passed for 45 days to allow plaintiff time to serve the summons and complaint on the defendants (Rec. Doc. No. 6)
No returns of service or responsive pleadings have been filed as to eHealthcare Solutions, Inc. and e-Healthcare Solutions, LLC.
**CASE NOT CALLED:   Returns of Service of Summons Filed, R. Docs. 13 & 14 – Answers due August 1, 2019.**

**18-11613**   **ANTOINE WARREN, ET AL VS. PETER MALLORY, ET AL**
JS10: 0:02   The Complaint was filed on November 27, 2018.
The case was called on May 1, 2019 and the matter was passed for 30 days to allow plaintiff time to serve the summons and complaint on the defendants (Rec. Doc. No. 11)
No returns of service or responsive pleadings have been filed as to Peter Mallory and Wooden Products Transportation, Inc.
**CASE CALLED:   Appearances by Vanessa Motta on behalf of plaintiffs and Meredith R. Durham on behalf of Wesco Insurance Company.   ORDERED that this matter is PASSED.   Plaintiff shall file proof of service into the record by August 19, 2019.**

**18-13673**   **FAUSTO MORAN VS. PILOT FLOOD MANAGEMENT, ET AL**
A Notice of Removal was filed on December 13, 2018.
No returns of service or responsive pleadings have been filed as to Pilot Flood Management and GEICO Insurance Agency.
**CASE NOT CALLED:   Plaintiff filed a Motion to Dismiss the unserved parties, R. Doc. 24.**

**19-1334** **STRATIS CONSTRUCTION, LLC VS. HARRINGTON CORPORATION, ET AL**
A Notice of Removal was filed on February 13, 2019.
No return of service or responsive pleading has been filed as to HD Supply, Inc.
**CASE NOT CALLED: Case closed, R. DOC. 7.**

**19-2527** **NATALIE WALKER VS. GEORGE BUDWELL, ETC., ET AL**
JS10: 0:05  A Notice of Removal was filed on March 20, 2019.
No return of service or responsive pleading has been filed as to George Budwell.
**CASE CALLED: Appearances by Hester Hilliard on behalf of the plaintiff and Michael Fantaci on behalf of The University of Louisiana System Board of Supervisors. ORDERED that this matter is PASSED. Plaintiff shall file proof of service into the record by September 17, 2019.**

New Orleans, Louisiana, the 17th day of July 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE